■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK A. ROBERTS, Appellant. [930 NYS2d 525]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Smith, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACOB E. LAMBERTSON, Also Known as JACOB E. LAMPERTSON, Also Known as JACOB LAMBERTSON, Appellant. [930 NYS2d 170]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Peradotto, Lindley and Sconiers, JJ.